IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JUAN COSTILLA,
        Plaintiff,
    v.
JON G. NUCKOLLS and
JAVIER CASTILLO,
        Defendants.

**Judgment in a Civil Case**

Case Number: 5:12-CT-3074-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on November 5, 2012, with service on:
Juan Costilla (via U.S. Mail)
0959190
Hyde Correctional Institution
P.O. Box 278
Swan Quarter, NC 27885

  November 5, 2012                                      /s/ Julie A. Richards
                                                           Clerk